UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FATMIR ISLAMI AND** § <br> **TRINGA KRASNIQI-ISLAMI,** § <br> *Plaintiffs*, § <br> **v.** § <br> § <br> **ALLSTATE VEHICLE AND PROPERTY** § <br> **INSURANCE COMPANY,** § <br> *Defendant.* § | **CIVIL ACTION NO: 1:23-cv-01310-RP** <br><br> **JURY DEMANDED** |

### NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Allstate Vehicle and Property Insurance Company ("Defendant") and hereby announces to the Court that the Parties have reached a settlement. The Parties will need at least sixty days to complete paperwork with respect to the settlement. The Parties request the Court to take no action during that time.

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: */s/ Michael W. McCoy*
    **Christopher W. Martin**
    State Bar No. 13057620
    E-mail: martin@mdjwlaw.com
    **Michael W. McCoy**
    State Bar No. 13471850
    E-mail: mccoy@mdjwlaw.com
808 Travis Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**ATTORNEYS FOR DEFENDANT**
**ALLSTATE VEHICLE & PROPERTY**
**INSURANCE COMPANY**

                                                                 THE HODGE LAW FIRM, PLLC

                                         By: */s/ Matthew S. Russo (w/p)*
                                                Matthew S. Russo
                                                State Bar No. 24119813
                                                Email: *mrusso@hodgefirm.com*
                                                Shaun W. Hodge
                                                State Bar No. 24052995
                                                Email: *shodge@hodgefirm.com*

The Historic Runge House
1301 Market Street
Galveston, Texas 77550

**ATTORNEYS FOR PLAINTIFFS,
FATMIR ISLAMI AND
TRINGA KRASNIQI-ISLAMI**

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that on August 29, 2024, I served the following counsel of record electronically or by other manner authorized by the Federal Rules of Civil Procedure:

Matthew S. Russo                           <u>*Via ECF:*</u>    *mrusso@hodgefirm.com*
Shaun W. Hodge                                           *shodge@hodgefirm.com*
THE HODGE LAW FIRM, PLLC
1301 Market Street
Galveston, Texas 77550


                                                        */s/ Michael W. McCoy*
                                                        Michael W. McCoy